AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| **JONPAUL MARCEL NADEAU** <br> *Plaintiff(s)* <br><br> v. <br><br> **MDLV, LLC dba ONE SOTHEBY'S INTERNATIONAL REALTY, ZORKA DOBREVA, ZORKA STEFANOVA DOBREVA PA, GLORIA SHERIDAN, GLORIA SHERIDAN, LLC, NEILA RUDDEN, NEILA GRANZOTI RUDDEN, PA, LESLIE CUTAJAR, LESLIE M. CUTAJAR, LLC, ENRIQUE TEJERA, ENRIQUE TEJERA P.A., and LUX EXPOSE LLC** <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. **1:26-cv-21849** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address*

MDLV, LLC dba ONE Sotheby's International Realty
Serve: Registered Agent
Mayi De La Vega
3250 Mary Street
Suite 520
Miami, FL 33133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanje V. Lara
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 212
Boca Raton, FL 33433
786.743.0018
sanje.lara@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

Date: ___Mar 20, 2026___

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

|  |  |  |
|---|---|---|
| **JONPAUL MARCEL NADEAU**<br>*Plaintiff(s)*<br><br>v.<br>**MDLV, LLC dba ONE SOTHEBY'S INTERNATIONAL REALTY, ZORKA DOBREVA, ZORKA STEFANOVA DOBREVA PA, GLORIA SHERIDAN, GLORIA SHERIDAN, LLC, NEILA RUDDEN, NEILA GRANZOTI RUDDEN, PA, LESLIE CUTAJAR, LESLIE M. CUTAJAR, LLC, ENRIQUE TEJERA, ENRIQUE TEJERA P.A., and LUX EXPOSE LLC**<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. **1:26-cv-21849** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address*  Zorka Dobreva
511 SE 5th Avenue
Suite 802
Fort Lauderdale, FL 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanje V. Lara
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 212
Boca Raton, FL 33433
786.743.0018
sanje.lara@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:_____ Mar 20, 2026

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

|  |  |  |
|---|---|---|
| **JONPAUL MARCEL NADEAU** | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | |
| **MDLV, LLC dba ONE SOTHEBY'S INTERNATIONAL REALTY, ZORKA DOBREVA, ZORKA STEFANOVA DOBREVA PA, GLORIA SHERIDAN, GLORIA SHERIDAN, LLC, NEILA RUDDEN, NEILA GRANZOTI RUDDEN, PA, LESLIE CUTAJAR, LESLIE M. CUTAJAR, LLC, ENRIQUE TEJERA, ENRIQUE TEJERA P.A., and LUX EXPOSE LLC** | ) ) ) ) ) ) ) ) | Civil Action No. **1:26-cv-21849** |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address*   Zorka Stefanova Dobreva PA
Serve: Registered Agent
Zorka Dobreva
511 SE 5th Avenue
Suite 802
Fort Lauderdale, FL 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanje V. Lara
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 212
Boca Raton, FL 33433
786.743.0018
sanje.lara@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:_____ Mar 20, 2026 _____

*s/ S.Carlson*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the
### Southern District of Florida

|  |  |  |
|---|---|---|
| **JONPAUL MARCEL NADEAU**<br>*Plaintiff(s)*<br><br>v.<br>**MDLV, LLC dba ONE SOTHEBY'S INTERNATIONAL REALTY, ZORKA DOBREVA, ZORKA STEFANOVA DOBREVA PA, GLORIA SHERIDAN, GLORIA SHERIDAN, LLC, NEILA RUDDEN, NEILA GRANZOTI RUDDEN, PA, LESLIE CUTAJAR, LESLIE M. CUTAJAR, LLC, ENRIQUE TEJERA, ENRIQUE TEJERA P.A., and LUX EXPOSE LLC**<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. **1:26-cv-21849** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address*    Gloria Sheridan
3140 NW Arrowwood Lane
Jensen Beach, FL 34957

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanje V. Lara
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 212
Boca Raton, FL 33433
786.743.0018
sanje.lara@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____ Mar 20, 2026

**SUMMONS**

s/ S.Carlson

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| **JONPAUL MARCEL NADEAU**<br>*Plaintiff(s)*<br><br>v.<br>**MDLV, LLC dba ONE SOTHEBY'S INTERNATIONAL REALTY, ZORKA DOBREVA, ZORKA STEFANOVA DOBREVA PA, GLORIA SHERIDAN, GLORIA SHERIDAN, LLC, NEILA RUDDEN, NEILA GRANZOTI RUDDEN, PA, LESLIE CUTAJAR, LESLIE M. CUTAJAR, LLC, ENRIQUE TEJERA, ENRIQUE TEJERA P.A., and LUX EXPOSE LLC**<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. **1:26-cv-21849**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Gloria Sheridan, LLC
Serve: Registered Agent
Gloria Sheridan
3140 NW Arrowwood Lane
Jensen Beach, FL 34957

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanje V. Lara
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 212
Boca Raton, FL 33433
786.743.0018
sanje.lara@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _____ Mar 20, 2026

*s/ S.Carlson*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

|  |  |  |
|---|---|---|
| **JONPAUL MARCEL NADEAU** | ) | |
| *Plaintiff(s)* | ) | |
|  | ) | |
| v. | ) | Civil Action No. **1:26-cv-21849** |
| **MDLV, LLC dba ONE SOTHEBY'S INTERNATIONAL REALTY, ZORKA DOBREVA, ZORKA STEFANOVA DOBREVA PA, GLORIA SHERIDAN, GLORIA SHERIDAN, LLC, NEILA RUDDEN, NEILA GRANZOTI RUDDEN, PA, LESLIE CUTAJAR, LESLIE M. CUTAJAR, LLC, ENRIQUE TEJERA, ENRIQUE TEJERA P.A., and LUX EXPOSE LLC** | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address*   Neila Rudden
2900 NE 2nd Avenue
Apt. 876
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanje V. Lara
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 212
Boca Raton, FL 33433
786.743.0018
sanje.lara@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: _____Mar 20, 2026_____

Angela E. Noble
Clerk of Court

*s/ S.Carlson*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

|  |  |  |
|---|---|---|
| **JONPAUL MARCEL NADEAU** <br> *Plaintiff(s)* <br><br> v. <br> **MDLV, LLC dba ONE SOTHEBY'S INTERNATIONAL REALTY, ZORKA DOBREVA, ZORKA STEFANOVA DOBREVA PA, GLORIA SHERIDAN, GLORIA SHERIDAN, LLC, NEILA RUDDEN, NEILA GRANZOTI RUDDEN, PA, LESLIE CUTAJAR, LESLIE M. CUTAJAR, LLC, ENRIQUE TEJERA, ENRIQUE TEJERA P.A., and LUX EXPOSE LLC** <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. **1:26-cv-21849** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address*    Neila Granzoti Rudden, PA
Serve: Registered Agent
Neila Rudden
2900 NE 2nd Avenue
Apt. 876
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanje V. Lara
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 212
Boca Raton, FL 33433
786.743.0018
sanje.lara@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

Date:_____Mar 20, 2026_____

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

|  |  |  |
|---|---|---|
| **JONPAUL MARCEL NADEAU** <br> *Plaintiff(s)* <br><br> v. <br> **MDLV, LLC dba ONE SOTHEBY'S INTERNATIONAL REALTY, ZORKA DOBREVA, ZORKA STEFANOVA DOBREVA PA, GLORIA SHERIDAN, GLORIA SHERIDAN, LLC, NEILA RUDDEN, NEILA GRANZOTI RUDDEN, PA, LESLIE CUTAJAR, LESLIE M. CUTAJAR, LLC, ENRIQUE TEJERA, ENRIQUE TEJERA P.A., and LUX EXPOSE LLC** <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. **1:26-cv-21849** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address*  Leslie Cutajar
50 Beach Wood Road
Fernandina Beach, FL 32034

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanje V. Lara
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 212
Boca Raton, FL 33433
786.743.0018
sanje.lara@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

*s/ S.Carlson*
Deputy Clerk
U.S. District Courts

Date: Mar 20, 2026

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| **JONPAUL MARCEL NADEAU**<br>*Plaintiff(s)*<br><br>v.<br>**MDLV, LLC dba ONE SOTHEBY'S INTERNATIONAL REALTY, ZORKA DOBREVA, ZORKA STEFANOVA DOBREVA PA, GLORIA SHERIDAN, GLORIA SHERIDAN, LLC, NEILA RUDDEN, NEILA GRANZOTI RUDDEN, PA, LESLIE CUTAJAR, LESLIE M. CUTAJAR, LLC, ENRIQUE TEJERA, ENRIQUE TEJERA P.A., and LUX EXPOSE LLC**<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. **1:26-cv-21849**<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address*    Leslie M. Cutajar, LLC
Serve: Registered Agent
Leslie M. Cutajar
50 Beach Wood Road
Fernandina Beach, FL 32034

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanje V. Lara
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 212
Boca Raton, FL 33433
786.743.0018
sanje.lara@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Mar 20, 2026

**SUMMONS**

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| **JONPAUL MARCEL NADEAU**<br>*Plaintiff(s)*<br><br>v.<br>**MDLV, LLC dba ONE SOTHEBY'S INTERNATIONAL REALTY, ZORKA DOBREVA, ZORKA STEFANOVA DOBREVA PA, GLORIA SHERIDAN, GLORIA SHERIDAN, LLC, NEILA RUDDEN, NEILA GRANZOTI RUDDEN, PA, LESLIE CUTAJAR, LESLIE M. CUTAJAR, LLC, ENRIQUE TEJERA, ENRIQUE TEJERA P.A., and LUX EXPOSE LLC**<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. **1:26-cv-21849**<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address*
Enrique Tejera
1330 West Ave, Apt 1010
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanje V. Lara
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 212
Boca Raton, FL 33433
786.743.0018
sanje.lara@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: ___Mar 20, 2026___

*s/ S.Carlson*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| **JONPAUL MARCEL NADEAU** <br> *Plaintiff(s)* <br><br> v. <br><br> **MDLV, LLC dba ONE SOTHEBY'S INTERNATIONAL REALTY, ZORKA DOBREVA, ZORKA STEFANOVA DOBREVA PA, GLORIA SHERIDAN, GLORIA SHERIDAN, LLC, NEILA RUDDEN, NEILA GRANZOTI RUDDEN, PA, LESLIE CUTAJAR, LESLIE M. CUTAJAR, LLC, ENRIQUE TEJERA, ENRIQUE TEJERA P.A., and LUX EXPOSE LLC** <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. **1:26-cv-21849** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address*

Enrique Tejera P.A.
Serve: Registered Agent
Marie D. Tejera
1330 West Ave, Apt 1010
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanje V. Lara
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 212
Boca Raton, FL 33433
786.743.0018
sanje.lara@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _____ Mar 20, 2026 _____

Angela E. Noble
Clerk of Court

*s/ S.Carlson*
_____
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

|  |  |  |
|---|---|---|
| **JONPAUL MARCEL NADEAU**<br>*Plaintiff(s)*<br><br>v.<br>**MDLV, LLC dba ONE SOTHEBY'S INTERNATIONAL REALTY, ZORKA DOBREVA, ZORKA STEFANOVA DOBREVA PA, GLORIA SHERIDAN, GLORIA SHERIDAN, LLC, NEILA RUDDEN, NEILA GRANZOTI RUDDEN, PA, LESLIE CUTAJAR, LESLIE M. CUTAJAR, LLC, ENRIQUE TEJERA, ENRIQUE TEJERA P.A., and LUX EXPOSE LLC**<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. **1:26-cv-21849** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address*

Lux Expose LLC
Serve: Registered Agent
Kevin Lee Payne
7 Leo Egan Way
Unit 4
Randolph, MA 02368

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanje V. Lara
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 212
Boca Raton, FL 33433
786.743.0018
sanje.lara@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: _____ Mar 20, 2026 _____

*s/ S.Carlson*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court